UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                                      ORDER

v.                                               12-CR-166A

CRAIG ALLEN DATTMORE,

                 Defendant.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On August 13, 2013, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that the motion of defendant Dattmore to suppress statements he made on October 24, 2011, and to suppress evidence seized from his vehicle and computer hardware, be denied in their entirety.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion to suppress his statements, and the evidence seized from his vehicle and computer hardware is denied in its entirety.

        The parties shall appear before the Court on September 5, 2013 at 9:00 a.m. for a meeting to set a trial date.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: September 3, 2013